

# NUMBERS 13-11-00375-CV AND 13-11-00376-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE GOLDEN CORRAL CORPORATION AND DAVID URIBE

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam[1]

Relators, Golden Corral Corporation and David Uribe, filed petitions for writ of mandamus on June 15, 2011. Relators have now filed motions to dismiss these original proceedings on grounds that the trial court has entered an order dismissing this matter and the petitions for writ of mandamus are now moot. The Court, having examined and fully considered the motions to dismiss, is of the opinion that the motions should be

---

[1] *See* Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).

granted.  Accordingly, we GRANT the motions to dismiss and DISMISS these original proceedings without regard to the merits.

PER CURIAM

Delivered and filed the
20th day of October, 2011.